USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH E. SONDERLING, Acting Secretary of Labor, United States Department of Labor,

Plaintiff,

-against-

STONEHAVEN INTERNATIONAL INC. 401K PLAN,

Defendant.

26 Civ. 2781 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Because Lori Chavez-DeRemer is no longer the Secretary of Labor, the Clerk of Court is respectfully directed to amend the case caption to name Plaintiff as follows: KEITH E. SONDERLING, Acting Secretary of Labor, United States Department of Labor. *See* ECF No. 17 ¶ 1.

SO ORDERED.

Dated: September 25, 2026
New York, New York

ANALISA TORRES
United States District Judge